353rd District Court

# Case Summary

## Case No. D-1-GN-20-007178

| | | | |
|---|---|---|---|
| **WC 707 CESAR CHAVEZ V CESAR R** | § | Location: | **353rd District Court** |
| | § | Filed on: | **11/30/2020** |

### Case Information

Case Type: **Injunction**
Case Status: **12/05/2025 Bankruptcy Filed**

### Assignment Information

**Current Case Assignment**
Case Number    D-1-GN-20-007178
Court          353rd District Court
Date Assigned  11/30/2020

### Party Information

**Plaintiff**    WC 707 CESAR CHAVEZ LLC    Shaw, Brian Patrick
*Retained*

ELLIOTT, BRIAN JOHN
*Retained*

**Defendant**    CESAR RAINEY STREET LLC    BENESH, W. STEPHEN
*Retained*

Dodson, Christopher Lee
*Retained*

### Case Events

11/30/2020    ASM:GN CIVIL PETITION
    *Event Code: 600 Adjmt Amount: 307.00*
    Party:    Plaintiff WC 707 CESAR CHAVEZ LLC

11/30/2020
ORIGINAL PETITION/APPLICATION
  *PLAINTIFF?S ORIGINAL PETITION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER, TEMPORARY AND PERMANENT INJUNCTION Event Code: 5050*
  Party:    Plaintiff WC 707 CESAR CHAVEZ LLC

11/30/2020    NEW:ORIGINAL PETITION/APPL (OCA)
    *Event Code: 4500*

11/30/2020    ORD: TEMP RESTRAINING ORD\TEMP INJUNCTION (OCA)
    *TEMPORARY RESTRAINING ORDER Event Code: 8236*

11/30/2020    MSF:NEW BOND ID CREATED
    *Event Code: 32 Adjmt Amount: 10000.00*
    Party:    Plaintiff WC 707 CESAR CHAVEZ LLC

12/14/2020
ORIGINAL ANSWER/WAIVER
  *DEFENDANT CESAR RAINEY STREET, LLC?S RESPONSE IN OPPOSITION TO PLAINTIFF?S APPLICATION FOR TEMPORARY INJUN Event Code: 5150*
  Party:    Defendant CESAR RAINEY STREET LLC

| | | |
|---|---|---|
| 12/14/2020 | OTHER/NOTICE | |
| | *DECLARATION OF JUSTIN BAYNE Event Code: 5415* | |
| 12/14/2020 | OTHER/NOTICE | |
| | *PLAINTIFF?S POST HEARING BRIEF Event Code: 5415* | |
| | Party: Plaintiff WC 707 CESAR CHAVEZ LLC | |
| 12/15/2020 | ORD:DENIED MOTION/APPLICATION | |
| | *ORDER DENYING APPLICATION FOR TEMPORARY INJUNCTION Event Code: 8209* | |
| 12/15/2020 | OTHER/NOTICE | |
| | *DEFENDANT CESAR RAINEY STREET, LLC?S POST-HEARING BRIEF Event Code: 5415* | |
| | Party: Defendant CESAR RAINEY STREET LLC | |
| 12/17/2020 | OTHER/NOTICE | |
| | *DEFENDANT CESAR RAINEY STREET, LLC?S SUPPLEMENTAL BRIEF IN O PPOSITION TO PLAINTIFFS? APPLICATION FOR TEMPORARY INJUNCTIO N Event Code: 5415* | |
| | Party: Defendant CESAR RAINEY STREET LLC | |
| 12/18/2020 | RESPONSE | |
| | *PLAINTIFF?S RESPONSE TO DEFENDANT?S SUPPLEMENTAL BRIEF Event Code: 5153* | |
| | Party: Plaintiff WC 707 CESAR CHAVEZ LLC | |
| 12/18/2020 | MOTION | |
| | *PLAINTIFF?S EMERGENCY MOTION TO WITHDRAW AND REDACT Event Code: 5265* | |
| | Party: Plaintiff WC 707 CESAR CHAVEZ LLC | |
| 12/21/2020 | ORIGINAL ANSWER/WAIVER | |
| | *CESAR RAINEY STREET, LLC?S ORIGINAL ANSWER Event Code: 5150* | |
| | Party: Defendant CESAR RAINEY STREET LLC | |
| 01/20/2021 | ORDER | |
| | *ORDER Event Code: 8225* | |
| 03/24/2021 | OTHER/NOTICE | |
| | *VACATION LETTER Event Code: 5415* | |
| 04/26/2021 | EXHIBITS RECEIPT | |
| | *EXHIBITS RECEIPT Event Code: 5411* | |
| 05/06/2021 | ORIGINAL ANSWER/WAIVER | |
| | *CESAR RAINEY STREET, LLC?S ORIGINAL COUNTERCLAIM Event Code: 5150* | |
| | Party: Defendant CESAR RAINEY STREET LLC | |
| 05/07/2021 | ASM:CV COUNTERCLAIM | |
| | *Event Code: 636 Adjmt Amount: 80.00* | |
| | Party: Defendant CESAR RAINEY STREET LLC | |
| 05/24/2021 | NOTICE | |
| | *NOTICE OF APPEARANCE Event Code: 5554* | |
| | Party: Plaintiff WC 707 CESAR CHAVEZ LLC | |
| 05/24/2021 | PLEADING | |
| | *PLAINTIFF?S FIRST AMENDED PETITION Event Code: 5054* | |
| | Party: Plaintiff WC 707 CESAR CHAVEZ LLC | |
| 05/24/2021 | OTHER/NOTICE | |
| | *PLAINTIFF?S APPLICATION FOR TEMPORARY RESTRAINING ORDER, TEMPORARY INJUNCTION, AND PERMANENT INJUNCTION Event Code: 5415* | |
| | Party: Plaintiff WC 707 CESAR CHAVEZ LLC | |
| 05/24/2021 | OTHER/NOTICE | |
| | *UNSIGNED ORDER/PROPOSED ORDER Event Code: 5415* | |
| 05/26/2021 | MOTION | |
| | *PLAINTIFF?S MOTION FOR EXPEDITED DISCOVERY Event Code: 5265* | |
| | Party: Plaintiff WC 707 CESAR CHAVEZ LLC | |
| 06/03/2021 | NOTICE | |
| | *NOTICE OF HEARING ON PLAINTIFF?S APPLICATION FOR TEMPORARY INJUNCTION Event Code: 5554* | |

353rd District Court

## Case Summary
### Case No. D-1-GN-20-007178

  Party:  Plaintiff WC 707 CESAR CHAVEZ LLC

06/25/2021   EXECUTED SERVICE
  *RETURN OF SERVICE Event Code: 4893*

06/28/2021   OTHER/NOTICE
  *ISSUED IN THE NAME OF THE STATE OF TEXAS SUBPOENA Event Code: 5415*

06/30/2021
MOTION
  *DEFENDANT?S MOTION FOR PROTECTIVE ORDER REGARDING PLAINTIFF? S SUBPOENA TO NON-PARTY STEWART INFORMATION SERVICES CORP Event Code: 5265*
  Party:  Defendant CESAR RAINEY STREET LLC

07/01/2021
NOTICE
  *NOTICE OF HEARING ON DEFENDANT?S MOTION FOR PROTECTIVE ORDER REGARDING PLAINTIFF?S SUBPOENA TO NON-PARTY STEWART INFORMAT ON SERVICES CORP. Event Code: 5554*

07/01/2021   EXECUTED SERVICE
  *EXECUTED SERVICE-RETURN OF SERVICE Event Code: 4893*

07/14/2021
NOTICE
  *AMENDED NOTICE OF HEARING ON DEFENDANT?S MOTION FOR PROTECTIVE ORDER REGARDING PLAINTIFF?S SUBPOENA TO NON-PARTY STEWART INFORMATION SERVICES CORP Event Code: 5554*

07/15/2021
OTHER/NOTICE
  *ISSUED IN THE NAME OF THE STATE OF TEXAS-SUBPOENA-Stewart Ti tle Guaranty Company Event Code: 5415*

07/16/2021
MOTION
  *DEFENDANT?S MOTION FOR PROTECTIVE ORDER REGARDING PLAINTIFF? S SUBPOENA TO NON-PARTY STEWART TITLE GUARANTY COMPANY Event Code: 5265*
  Party:  Defendant CESAR RAINEY STREET LLC

07/16/2021
NOTICE
  *AMENDED NOTICE OF HEARING ON DEFENDANT?S MOTION FOR PROTECTI VE ORDER REGARDING PLAINTIFF?S SUBPOENA TO NON-PARTY STEWART TITLE GUARANTY COMPANY AND DEFENDANT?S MOTION FOR PROTECTIVE ORDER REGARDING PLAINTIFF?S SUBPOENA TO NON-PARTY STEWART INFORMATION SERVICES CORP Event Code: 5554*

07/26/2021
ORIGINAL ANSWER/WAIVER
  *PLAINTIFF?S RESPONSE TO DEFENDANT?S MOTIONS FOR PROTECTIVE ORDER REGARDING SUBPOENAS TO NON-PARTIES STEWART TITLE GUARANTY COMPANY AND STEWART INFORMATION SERVICES CORP. Event Code: 5150*
  Party:  Plaintiff WC 707 CESAR CHAVEZ LLC

07/26/2021   OTHER/NOTICE
  *UNSIGNED ORDER/PROPOSED ORDER Event Code: 5415*

07/27/2021
ORIGINAL ANSWER/WAIVER
  *CESAR RAINEY STREET, LLC'S REPLY IN SUPPORT OF ITS MOTIONS F OR PROTECTIVE ORDERS REGARDING PLAINTIFF'S SUBPOENAS TO NON PARTIES STEWART TITLE GUARANTY COMPANY AND STEWART INFORMATI ON SERVICES Event Code: 5150*
  Party:  Defendant CESAR RAINEY STREET LLC

07/28/2021
ORDER
  *ORDER DENYING DEFENDANT?S MOTIONS FOR PROTECTIVE ORDER REGARDING SUBPOENAS TO NON-PARTIES STEWART TITLE GUARANTY COMPANY AND STEWART INFORMATION SERVICES CORP Event Code: 8225*

07/30/2021
ORIGINAL ANSWER/WAIVER
  *STEWART INFORMATION SERVICES CORPORATION?S OBJECTIONS AND RESPONSES TO PLAINTIFF?S SUBPOENA AND MOTION FOR PROTECT IVE ORDER Event Code: 5150*
  Party:  Plaintiff WC 707 CESAR CHAVEZ LLC

353rd District Court

## Case Summary
### Case No. D-1-GN-20-007178

| | | |
|---|---|---|
| 07/30/2021 | ORIGINAL ANSWER/WAIVER | |

    STEWART TITLE GUARANTY COMPANY?S OBJECTIONS AND RESPONSES TO PLAINTIFF?S SUBPOENA AND MOTION FOR PROTECTIVE ORDER Event Code: 5150

10/29/2021    OTHER/NOTICE
    RULE 203 CERTIFICATE - CESAR RAINEY, LLC - MARK RILEY

11/05/2021    MOTION
    MOTION TO WITHDRAW AS COUNSEL
    Party:    Plaintiff WC 707 CESAR CHAVEZ LLC

11/05/2021    OTHER/NOTICE
    PROPOSED ORDER

11/29/2021    NOTICE
    NOTICE OF HEARING ON MOTION TO WITHDRAW AS COUNSEL

12/01/2021    NOTICE
    AMENDED NOTICE OF HEARING ON MOTION TO WITHDRAW AS COUNSEL

12/07/2021    ORDER     (Judicial Officer: LIVINGSTON, LORA)
    ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

04/11/2022    OTHER/NOTICE
    VACATION LETTER

10/01/2025
MOTION
    PLAINTIFF'S VERIFIED EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING ORDER, TEMPORARY INJUNCTION, AND PERMANENT INJUNCTION
    Party:    Plaintiff WC 707 CESAR CHAVEZ LLC

10/02/2025
RESPONSE
    CESAR RAINEY STREET, LLC'S RESPONSE IN OPPOSITION TO PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER
    Party:    Defendant CESAR RAINEY STREET LLC

10/03/2025    ORD: TEMP RESTRAINING ORD\TEMP INJUNCTION (OCA)     (Judicial Officer: BLOMERTH, TODD)
    TEMPORARY RESTRAINING ORDER

10/03/2025    JUDGMENT NOTICE MAILED

10/06/2025    OTHER/NOTICE
    NOTICE OF FILING OF TEMPORARY RESTRAINING ORDER BOND AND REQUEST FOR ISSUANCE OF WRIT

10/16/2025    OTHER/NOTICE
    DECLARATION OF MARK RILEY

10/28/2025    PLEADING
    PLAINTIFF'S SECOND AMENDED PETITION
    Party:    Plaintiff WC 707 CESAR CHAVEZ LLC

10/28/2025
OTHER/NOTICE
    PLAINTIFF WC 707 CESAR CHAVEZ, LLC'S BRIEF IN SUPPORT OF ITS APPLICATION FOR A TEMPORARY INJUNCTION

10/29/2025
OTHER/NOTICE
    DEFENDANT CESAR RAINEY STREET, LLC'S BRIEF IN OPPOSITION TO PLAINTIFF WC 707 CESAR CHAVEZ, LLC'S APPLICATION FOR TEMPORARY IN JUNCTION

11/03/2025    COURT CORRESPONDENCE
    LETTER TO COUNSEL FROM JUDGE EISERLOH

11/06/2025    ORDER     (Judicial Officer: EISERLOH, LAURIE)
    ORDER DENYING APPLICATION FOR TEMPORARY INJUNCTION

11/06/2025    JUDGMENT NOTICE MAILED

11/07/2025    NOTICE OF APPEAL
    WC 707 CESAR CHAVEZ, LLC'S NOTICE OF ACCELERATED APPEAL

353rd District Court

## Case Summary
Case No. D-1-GN-20-007178

Party: Plaintiff WC 707 CESAR CHAVEZ LLC

| | | |
|---|---|---|
| 11/13/2025 | OTHER/NOTICE | |
| | *LETTER FROM 3RD COA* | |
| 11/17/2025 | OTHER/NOTICE | |
| | *CLERK'S RECORD SUBMISSION CONFIRMATION* | |
| 11/17/2025 | BILL OF COST CRT COST/FINE | |
| | *BILL OF COST FOR CLERK'S RECORD ON APPEAL* | |
| | Party: Plaintiff WC 707 CESAR CHAVEZ LLC | |
| 11/18/2025 | OTHER/NOTICE | |
| | *LETTER FROM THE THIRD COURT OF APPEALS* | |
| 11/26/2025 | OTHER/NOTICE | |
| | *NOTICE FROM THE SUPREME COURT OF TEXAS* | |
| 12/01/2025 | OTHER/NOTICE | |
| | *NOTICE OF DENIED EMERGENCY MOTION FOR TEMP RELEIF AND PETION OF WRIT OF MANDAMUS* | |
| 12/05/2025 | BANKRUPTCY CASE PENDING (OCA) | |
| | *WC 707 CESAR CHAVEZ, LLC'S SUGGESTION OF BANKRUPTCY* | |
| | Party: Plaintiff WC 707 CESAR CHAVEZ LLC | |
| 12/19/2025 | OTHER/NOTICE | |
| | *MEMORANDUM OPINION FROM 3RD COA* | |
| 12/19/2025 | OTHER/NOTICE | |
| | *LETTER FROM 3RD COA* | |

### Hearings

12/03/2021  *CANCELED* **Setting Date**   (9:00 AM)
  *Passed by Agreement*

### Service Events

10/07/2025  **Writ**
  CESAR RAINEY STREET LLC
  Unserved