# GENERAL INFO

## ACCOUNT

| | |
|---|---|
| Property ID: | 191603 |
| Geographic ID: | 0204041108 |
| Type: | R |
| Zoning: | CBD |
| Agent: | RYAN LLC - AUSTIN COMMERCIAL |
| Legal Description: | LOT 7-10 BLOCK 190 ORIGINAL CITY |
| Property Use: | 32 |

## OWNER

| | |
|---|---|
| Name: | WC 707 CESAR CHAVEZ LLC |
| Secondary Name: | |
| Mailing Address: | 814 LAVACA ST  AUSTIN TX  78701-2316 |
| Owner ID: | 1705621 |
| % Ownership: | 100.000000 |
| Exemptions: | |

## LOCATION

Address: 707 E CESAR CHAVEZ ST, TX 78702

Market Area:
Market Area CD: CBD
Map ID: 020201

## PROTEST

Protest Status:
Informal Date:
Formal Date:

# VALUES

## CURRENT VALUES

| | |
|---|---|
| Land Homesite: | $0 |
| Land Non-Homesite: | $26,750,000 |
| Special Use Land Market: | $0 |
| Total Land: | $26,750,000 |
| | |
| Improvement Homesite: | $0 |
| Improvement Non-Homesite: | $0 |
| Total Improvement: | $0 |
| | |
| Market: | $26,750,000 |
| Special Use Exclusion (-): | $0 |
| Appraised: | $26,750,000 |
| Value Limitation Adjustment (-): | $0 |
| Net Appraised: | $26,750,000 |

## VALUE HISTORY



## VALUE HISTORY

| Year | Land Market | Improvement | Special Use Exclusion | Appraised | Value Limitation Adj (-) | Net Appraised |
|---|---|---|---|---|---|---|
| 2025 | $26,750,000 | $0 | $0 | $26,750,000 | $0 | $26,750,000 |
| 2024 | $26,750,000 | $0 | $0 | $26,750,000 | $0 | $26,750,000 |
| 2023 | $25,000,000 | $0 | $0 | $25,000,000 | $0 | $25,000,000 |
| 2022 | $17,353,440 | $0 | $0 | $17,353,440 | $0 | $17,353,440 |
| 2021 | $16,063,560 | $173,555 | $0 | $16,237,115 | $0 | $16,237,115 |

## TAXING UNITS

| Unit | Description | Tax Rate | Net Appraised | Taxable Value |
|---|---|---|---|---|
| 01 | AUSTIN ISD | 0.925200 | $26,750,000 | $26,750,000 |
| 02 | CITY OF AUSTIN | 0.524017 | $26,750,000 | $26,750,000 |
| 03 | TRAVIS COUNTY | 0.375845 | $26,750,000 | $26,750,000 |
| 0A | TRAVIS CENTRAL APP DIST | 0.000000 | $26,750,000 | $26,750,000 |
| 2J | TRAVIS COUNTY HEALTHCARE DISTRICT | 0.118023 | $26,750,000 | $26,750,000 |
| 3L | WALLER CREEK TIF | 0.000000 | $26,750,000 | $26,750,000 |
| 68 | AUSTIN COMM COLL DIST | 0.103400 | $26,750,000 | $26,750,000 |
| 2U | AUSTIN DOWNTOWN PUBLIC IMPROVE | 0.000000 | $26,750,000 | $26,750,000 |

DO NOT PAY FROM THIS ESTIMATE. This is only an estimate provided for informational purposes and may not include any special assessments that may also be collected. Please contact the tax office for actual amounts.

## IMPROVEMENT

| | | | |
|---|---|---|---|
| Improvement #1: RESTAURANT | Improvement Value: N/A | Main Area: | 4,633 |
| State Code: F1 | Description: RESTAURANT | Gross Building Area: | 28,470 |

| Type | Description | Class CD | Exterior Wall | Number of Units | EFF Year Built | Year | SQFT |
|---|---|---|---|---|---|---|---|
| 1ST | 1st Floor | C | | 0 | 1993 | 1993 | 4,633 |
| 551 | PAVED AREA | CA | | 1 | 1993 | 1993 | 19,200 |
| 491 | SPRINKLER HEADS | C | | 0 | 1993 | 1993 | 4,633 |
| 482 | LIGHT POLES | C | | 0 | 1993 | 1993 | 4 |

**Improvement Features**

1ST Floor Factor: 1ST, Shape Factor: U, Grade Factor: A, Ceiling Factor: 10

## LAND

| Land | Description | Acres | SQFT | Cost per SQFT | Market Value | Special Use Value |
|---|---|---|---|---|---|---|
| LAND | Land | 0.7661 | 33,372 | $910.00 | N/A | N/A |

## DEED HISTORY

| Deed Date | Type | Description | Grantor/Seller | Grantee/Buyer | Book ID | Volume | Page | Instrument |
|---|---|---|---|---|---|---|---|---|
| 11/17/16 | SW | SPECIAL WARRANTY | ROSENTHAL RICHARD J | WC 707 CESAR CHAVEZ LLC | | | | 2016198689 |
| 2/18/05 | SW | SPECIAL WARRANTY | CNL NET LEASE FUNDING 2003 | ROSENTHAL RICHARD J | | | | 2005031205 TR |
| 7/22/04 | SW | SPECIAL WARRANTY | SOUTHFORK PROPERTIES L P | CNL NET LEASE FUNDING 2003 LLC | 00000 | | 00000 | 2004146936 TR |
| 12/22/00 | MS | MISCELLANEOUS | SOUTHFORK PROPERTIES LTD | SOUTHFORK PROPERTIES L P | 00000 | | 00000 | 2004164935 TR |
| 5/15/95 | WD | WARRANTY DEED | 1505 INC | SOUTHFORK PROPERTIES LTD | 12450 | | 00237 | |
| 2/21/94 | WD | WARRANTY DEED | 1421 INC | 1505 INC | 12132 | | 02705 | |
| 1/15/93 | WD | WARRANTY DEED | ALAMO BANK OF TEXAS | 1421 INC | 11855 | | 00812 | |

| Deed Date | Type | Description | Grantor/Seller | Grantee/Buyer | Book ID | Volume | Page | Instrument |
|---|---|---|---|---|---|---|---|---|
| 8/22/90 | ST | SUBSTITUTE TRUSTEE | SASSER TERRY J TRS | ALAMO BANK OF TEXAS | | 11261 | 01264 | |
| 5/30/83 | WD | WARRANTY DEED | GUNN ROBERT | SASSER TERRY J TRS | | 08125 | 00146 | |
| 11/28/89 | QD | QUIT CLAIM DEED | DWYER PETER A TR | GUNN ROBERT | | 11072 | 00009 | |
| 9/23/81 | WD | WARRANTY DEED | RANGEL PASCUAL | DWYER PETER A TR | | 07593 | 00966 | |
| 6/10/70 | WD | WARRANTY DEED | | RANGEL PASCUAL | | 03867 | 02078 | |