| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-1<br>Case 25-11915-cgb<br>Western District of Texas<br>Austin<br>Tue Jan 13 22:11:25 CST 2026 | WC 707 Cesar Chavez, LLC<br>814 Lavaca Street<br>Austin, TX 78701-2316 | U.S. BANKRUPTCY COURT<br>903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701-2450 |
| Cesar Rainey Street LLC<br>c/o Chris Dodson<br>White & Case LLP<br>609 Main St #2900<br>Houston TX 77002-3179 | Cesar Rainey Street LLC<br>c/o Jason Cohen<br>Bracewell LLP<br>711 Louisiana St #2300<br>Houston TX 77002-2849 | Cesar Rainey Street LLC<br>c/o Justin Bayne<br>500 W 2nd St #1900<br>Austin TX 78701-4687 |
| Cesar Rainey Street LLC<br>c/o Mark Riley<br>2731 Robinhood St.<br>Houston, TX 77005-2433 | Internal Revenue Service<br>Centralized Insolvency Office<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Julia Clark & Associates<br>1700 West Avenue<br>Austin TX 78701-1037 |
| Mark Riley, Esq.<br>2731 Robinhood St.<br>Houston, TX 77005-2433 | Scale LLP<br>2261 Market St #85604<br>San Francisco CA 94114-1612 | Travis County Atty's Office<br>c/o Jason A. Starks<br>PO Box 1748<br>Austin, TX 78767-1748 |
| Travis County Tax Office<br>P.O. Box 149328<br>Austin, TX 78714-9328 | United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | World Class Holdings III, LLC<br>814 Lavaca Street<br>Austin, TX 78701-2316 |
| Ron Satija<br>Hayward PLLC<br>7600 Burnet Road, Suite 530<br>Austin, TX 78757-1269 | End of Label Matrix<br>Mailable recipients    15<br>Bypassed recipients      0<br>Total                 15 | |