**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In Re: | § § | |
| WC 707 CESAR CHAVEZ, LLC, | § § § § | CASE NO. 25-11915-CGB  Chapter 11 |
| Debtor. | § | |

**NOTICE OF FINAL HEARING RESET**

PLEASE TAKE NOTICE that a Final Hearing on the *Debtor's Continued Use of Cash Collateral* (the "Motion") (Docket No. 12) is reset to take place on **Wednesday, February 18, 2026 at 10:00 AM** (Central Prevailing Time) before Honorable Judge Christopher G. Bradley in-person at Homer J. Thornberry Federal Judicial Building, 903 San Jacinto Blvd., 3rd Floor, Austin Courtroom 2, Austin, Texas 78701**.** Prior Court approval is required to appear via Zoom. Further instructions to appear via Zoom can be located here: https://www.txwb.uscourts.gov/honorable-christopher-g-bradley-us-bankruptcy-judge.

Dated: January 19, 2026

Respectfully submitted,

*/s/ Ron Satija*
Ron Satija
Texas State Bar No: 24039158
**HAYWARD PLLC**
7600 Burnet Road, Suite 530
Austin, TX 78757
(737) 881-7102 (Phone/Fax)
rsatija@haywardfirm.com

***Proposed Counsel for***
***WC 707 Cesar Chavez, LLC***

NOTICE OF FINAL HEARING RESET

2 | P a g e

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 19, 2026, the foregoing Notice was served via CM/ECF on all parties requesting such service. In addition, on January 19, 2026, or within one business day thereafter, the foregoing Notice was served via United States First Class Mail to all parties on the attached creditor's matrix.

                                                            */s/ Ron Satija*
                                                            Ron Satija

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-1<br>Case 25-11915-cgb<br>Western District of Texas<br>Austin<br>Wed Dec 24 10:34:28 CST 2025 | WC 707 Cesar Chavez, LLC<br>814 Lavaca Street<br>Austin, TX 78701-2316 | U.S. BANKRUPTCY COURT<br>903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701-2450 |
| Cesar Rainey Street LLC<br>c/o Chris Dodson<br>White & Case LLP<br>609 Main St #2900<br>Houston TX 77002-3179 | Cesar Rainey Street LLC<br>c/o Jason Cohen<br>Bracewell LLP<br>711 Louisiana St #2300<br>Houston TX 77002-2849 | Cesar Rainey Street LLC<br>c/o Justin Bayne<br>500 W 2nd St #1900<br>Austin TX 78701-4687 |
| Cesar Rainey Street LLC<br>c/o Mark Riley<br>2731 Robinhood St.<br>Houston, TX 77005-2433 | Internal Revenue Service<br>Centralized Insolvency Office<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Julia Clark & Associates<br>1700 West Avenue<br>Austin TX 78701-1037 |
| Mark Riley, Esq.<br>2731 Robinhood St.<br>Houston, TX 77005-2433 | Scale LLP<br>2261 Market St #85604<br>San Francisco CA 94114-1612 | Travis County Atty's Office<br>c/o Jason A. Starks<br>PO Box 1748<br>Austin, TX 78767-1748 |
| Travis County Tax Office<br>P.O. Box 149328<br>Austin, TX 78714-9328 | United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | World Class Holdings III, LLC<br>814 Lavaca Street<br>Austin, TX 78701-2316 |
| Ron Satija<br>Hayward PLLC<br>7600 Burnet Road, Suite 530<br>Austin, TX 78757-1269 | End of Label Matrix<br>Mailable recipients    15<br>Bypassed recipients      0<br>Total                 15 | |