**The relief described hereinbelow is SO ORDERED.**

**Signed January 29, 2026.**

_Christopher G. Bradley_

**CHRISTOPHER G. BRADLEY**
**UNITED STATES BANKRUPTCY JUDGE**

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WC 707 CESAR CHAVEZ, LLC, | § | CASE NO. 25-11915 |
| | § | |
| DEBTOR. | § | Chapter 11 |
| | § | |

ORDER GRANTING DEBTOR'S APPLICATION TO EMPLOY
HAYWARD PLLC AS GENERAL BANKRUPTCY COUNSEL

CAME ON for consideration, the Application of WC 707 Cesar Chavez, LLC (the

"Debtor") pursuant to 11 U.S.C. § 327(a) and Local Bankruptcy Rule 2014(c) for approval of

employment of Hayward PLLC ("Hayward") as general bankruptcy counsel for the Debor. The

Court, having reviewed the Application and finding no objection thereto, hereby grants the

application.  It is therefore

ORDERED that Hayward is employed as general bankruptcy counsel for the Debtor

pursuant to 11 U.S.C. § 327(a) as of December 2, 2025; it is further;

ORDERED that the terms of Hayward's compensation and expense reimbursement are approved, subject to filing of fee applications pursuant to 11 U.S.C. § 330 and 331 as may be required, and the continuing disclosure requirements of Bankruptcy Rule 2016 for all payments, including payments from third parties.

# # # END OF ORDER # # #

*Order Prepared By:*

HAYWARD PLLC
Ron Satija
7600 Burnet Road, Suite 530
Austin, TX 78757
(737) 881-7100 (Phone/Fax)
rsatija@haywardfirm.com
*Proposed Attorneys for*
*WC 707 Cesar Chavez, LLC*