

**SO ORDERED.**

**SIGNED this 19th day of March, 2026.**

_____
**CHRISTOPHER G. BRADLEY**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:  §
 §
WC 707 CESAR CHAVEZ, LLC,  §  CASE NO. 25-11915
 §
 DEBTOR.  §  Chapter 11
 §

**ORDER SUSTAINING DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 1**
**AND FIXING PAYOFF AMOUNT, AND NOTICE THEREOF**

[Relates to Dkt. No. 34]

On this day came on for consideration Debtor WC 707 Cesar Chavez, LLC's Objection to Proof of Claim No. 1 Filed by Cesar Rainey Street, LLC (the "Objection") at Docket No. 34. Cesar Rainey Street, LLC ("Claimant") filed Proof of Claim No. 1 (the "Claim") asserting a secured claim in the amount of $5,143,518.83. The Court, having considered the Claim, the Objection, any response, the arguments of counsel, the evidence presented, and the applicable law, finds as set forth herein.

---

**OBJECTION TO CLAIM ORDER** **PAGE 1**

1. The Debtor has rebutted the prima facie validity of the Claim as to default interest and attorneys' fees.

2. Claimant has failed to carry its burden to establish entitlement to default interest at eighteen percent (18%) per annum.

3. Claimant has failed to establish the reasonableness and allowability of the asserted $1,254,636.56 in prepetition attorneys' fees and other charges.

4. The Note provides for a non-default contract rate of five percent (5%) per annum.

5. As of December 2, 2025, the unpaid principal balance was $2,553,137.72.

IT IS THEREFORE ORDERED that:

A. The Objection is SUSTAINED.

B. Default interest in the amount of $2,530,159.48, all related per diem default interest, and all prepetition attorneys' fees and other charges are DISALLOWED.

C. Proof of Claim No. 1 is ALLOWED as a secured claim in the amount of:

  1. Principal: $2,553,137.72

  2. Accrued interest at the non-default contract rate of 5 percent per annum through December 2, 2025, as reflected in Claimant's own calculation of $42,552.30

For a total allowed secured claim of $2,595,690.02 as of December 2, 2025.

D. From and after December 2, 2025, interest shall accrue solely at the non-default contract rate of 5 percent per annum, which equals $349.06 per day (365-day basis), until paid.

E. Payment of:

  1. $2,595,690.02, plus

  2. $349.06 multiplied by the number of days after December 2, 2025 through

the date of payoff, shall constitute full satisfaction of the Note and all Loan Documents as against the Debtor and the Property.

F.     Upon receipt of the payoff amount described above, Claimant shall immediately:

1.     File a release of the Deed of Trust in the real property records of Travis County, Texas;

2.     Terminate any UCC financing statements; and

3.     Deliver any other documents reasonably necessary to effectuate the release of its liens.

G.     This Order constitutes a final determination of the allowed amount of Claimant's secured claim for all purposes in this case, including refinance and plan treatment.

H.     The Court retains jurisdiction to enforce this Order.

IT IS FURTHER ORDERED that a copy of this order will be served by the clerk's office upon the claimant,

Cesar Rainey Street LLC
Attn: Mark Riley
2731 Robinhood St
Houston, Texas 77005-2433

###END OF ORDER###

Order submitted by:

Ron Satija
Texas State Bar No. 24039158
Hayward PLLC
7600 Burnet Road, Suite 530
Austin, Texas 78757
(737) 881-7102 (Phone/Fax)
rsatija@haywardfirm.com
*Counsel for WC 707 Cesar Chavez, LLC*