**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **In re:** ) | |
| ) | |
| **JUST ONE DIME COACHING, LLC** ) | |
| *et al.*, ) | **CASE NO. 22-10783-TMD** |
| ) | **CHAPTER 7** |
| **Debtors** ) | |
| ) | |
| ──────────────────────── ) | |
| ) | |
| **MIMMS FIRM CLIENTS** ) | |
| ) | |
| **vs.** ) | |
| ) | |
| **DANILO VARRIALE; DANMARK,** ) | **ADV. PROC. NO. 23-01036-SMR** |
| **INC.; DANVID, F/K/A BEARDMAN** ) | |
| **COMPANY CORP.; DAGABIA, INC.;** ) | |
| **DSD IMPORTS BROS., LLC; BRETT** ) | |
| **GEORGE; N2 ECOM, LLC; AKH** ) | |
| **INVESTMENTS, LLC; BOH** ) | |
| **SOLUTIONS, LLC; DAVID LOPEZ;** ) | |
| **VICTORIA ECOM, LLC; LUXEUP,** ) | |

1

| | |
|---|---|
| INC.; VICTORIA STATE, LLC; APPS INNOVATION, INC.; PATRICK CUPILLARI; AND THE SKUNK LABS, LLC; TRAVIS SETH KNIEP; JOSIAH KNIEP; KIMBERLY KNIEP; AND AUDREY "ATALIE" KNIEP | ) ) ) ) ) ) |

**ORDER GRANTING MOTION TO DISMISS**

Pending before the Court is Defendants Brett George, N2 Ecom, LLC, AKH Investments, LLC, BOH Solutions, LLC, E-Com Highway, LLP, and Apex PSW, LLC's Motion to Dismiss Plaintiffs' Second Amended Adversary Complaint [Dkt. 50]. The Court, having considered the motion and being otherwise fully advised in this matter, finds that the motion is meritorious and should be granted. Accordingly, Defendants Brett George, N2 Ecom, LLC, AKH Investments, LLC, BOH Solutions, LLC, E-Com Highway, LLP, and Apex PSW, LLC's Amended Motion to Dismiss Plaintiffs' Second Amended Adversary Complaint is GRANTED and it is ORDERED that Plaintiffs' Second Amended Adversary Complaint is dismissed without prejudice as to Defendants, Brett George, N2 Ecom, LLC, AKH Investments, LLC, BOH Solutions, LLC, E-Com Highway, LLP, and Apex PSW, LLC.

###

Order respectfully submitted by:

**GORDON & REES**

/S/ *MEGAN M. ADEYEMO*
**MEGAN M. ADEYEMO**
State Bar No. 24099595
madeyemo@grsm.com
**REESE WADE**
State Bar No. 24100024
rewade@grsm.com

2200 Ross Avenue, Suite 3700
Dallas, Texas 75201
214-231-4660 (Telephone)
214-461-4053 (Facsimile)

**ATTORNEYS FOR DEFENDANTS BRETT GEORGE, N2 ECOM, LLC, AKH INVESTMENTS, LLC, BOH SOLUTIONS, LLC, E-COM HIGHWAY, LLP, AND APEX PSW, LLC**